IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CARMEN MILAGROS COLON CARRASQUILLO

CASE NO. 10-07370 ESL

Chapter 13

XXX-XX-3194

**FILED & ENTERED ON 04/11/2011**

Debtor(s)

## ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following: Motion for relief of co-debtor's stay, filed by BANCO BILBAO VIZCAYA ARGENTARIA, docket #21.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 11 day of April, 2011.

*(signature)*

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES
BANCO BILBAO VIZCAYA ARGENTARIA