IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | * |
| | * CASE NO. 10-07370-ESL |
| CARMEN M. COLON CARRASQUILLO | * |
| | * CHAPTER 13 |
| DEBTOR | * |

**DEBTOR'S MOTION REQUESTING ORDER
RE: AUTHORIZATION TO USE FUNDS FROM TAX REFUND**

TO THE HONORABLE COURT:

NOW COMES, **CARMEN M. COLON CARRASQUILLO**, debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. This Court has ruled that a "tax refund becomes income when received and in the amount received. The amount must be paid into the plan shortly after receipt." *Opinion and Order*, dated June 22, 2009, *In re Figueroa Padilla*, case no. 07-07495.

2. The debtor's proposed Plan dated September 24, 2010, provides that debtor's tax refunds will be paid into the Plan. See docket no. 14.

3. The debtor has received her 2010 tax refund in the sum of $301.00 and the 2010 Federal stimulus payment in the sum of $308.85. Attached is copy of the checks as received from the Treasury Department of Puerto Rico.

4. The debtor respectfully submits to the Court that she needs to use these funds to the following expenses: to repair her motor vehicle 2005 Toyota Echo and to cover the "back-to-school" expenses. Attached is copy of car repair estimate.

5. Based on the abovestated, the debtor respectfully requests this Court to Order the authorization of the use of these funds to allow the debtor to pay for these expenses with her "tax refund".

**WHEREFORE**, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2010 tax refund and federal stimulus payment by the debtor to pay for the above stated expense.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Jose R. Carrion Morales, Esq.; I also certify that a copy of this motion was sent via US Mail to Carmen M. Colon Carrasquillo San Rafael D15 1 Street Caguas PR 00725.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 7th day of September, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 193677 SAN JUAN PR 00919-3677
TEL NO 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

# INVOICE

**No.** 294232

| SOLD TO: | Carmen M. Colón | SHIPPED TO: | |
|---|---|---|---|
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| CUSTOMER'S ORDER | SALESPERSON | TERMS | VIA | F.O.B. | DATE |
|---|---|---|---|---|---|
| Toyota | Echo | 2005 | | | |

| QTY | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| | Junta Tapa bloque | | | |
| | Junta de Admisión | | | |
| | Junta de Escape | | | |
| 4 Qts | Aceite Motor | | | |
| | Filtro Aceite | | | |
| | Espares | | | |
| | Areglo de Tapa Machine Shop | | | |
| | Piezas y Labor | | | $500.00 |
| | | | **TOTAL** | 500.00 |

ABS SYSTEM
TREN DELANTERO
ELECTROMECNICA
TIRE PRESURE MONITOR
SE CORTAN TAMBORES Y DISCOS
REPARACION DE TRASMISIONES
DIAGNOSTICO COMPUTARIZADO
DIAGNOSTICO COMPUTARIZADO EQUIPO HEAVY
GELSON FLORES 787.645.1211

adams 8140





Modelo SC784.4
ABRIL 2008

**DEPARTAMENTO DE HACIENDA**
PASEO COVADONGA 10
SAN JUAN, PR 00902

FECHA 12 Aug 2011

NUM. DE CHEQUE 40809833

**PAGO ESTIMULO FEDERAL 2010**

TRESCIENTOS OCHO DOLARES CON 85/100

CARMEN M COLON CARRASQUILLO

| IMPORTE |
|---|
| $*******308.85 |

**BGF**  No es valido seis meses después de su emisión

SECRETARIO DE HACIENDA

⑆40809833⑆ ⑈021502118⑈ 325⑈2034⑈8⑆