IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

CARMEN M. COLON CARRASQUILLO | CASE NO. 10-07370-ESL

DEBTOR | CHAPTER 13

## MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

TO THE HONORABLE COURT:

**COMES NOW, CARMEN M. COLON CARRASQUILLO** debtor in the above captioned case through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor filed for relief under Chapter 13 of the Bankruptcy Code on August 13, 2010.

2. The past months the debtor has been experiencing some economic problems which have caused to accumulate some arrears with the Chapter 13 Plan Payments.

3. The debtor is able again to commence the payments to the plan, and debtor commences to pay the amount of $328.00 in June 2012, in order to cure the post-petition arrears with Chapter 13 Plan.

4. Debtor will require the modification of his Plan to cure the arrears. Bankruptcy Code §1329 provide for modification of plan after confirmation in situations such as debtor.

5. A modified plan dated May 9, 2012, is attached.

**NOTICE**
**Within twenty one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

     **I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Carmen M. Colon Carrasquillo; and parties in interest in the present case.

     In San Juan, Puerto Rico this day 9th of May, 2012.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA-CARRASQUILLO
USCD-PR #203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL (787)744-7699
FAX (787)746-5294
EMAIL rfigueroa@rfclawpr.com

United States Bankruptcy Court
**District of Puerto Rico**

IN RE:                                            Case No. 10-07370-13

COLON CARRASQUILLO, CARMEN MILAGROS            Chapter 13
                     Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 5/9/2012                     ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION           Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 270.00 x 14 = $ 3,780.00
$ 310.00 x 5 = $ 1,550.00
$ 0.00 x 2 = $ 0.00
$ 328.00 x 39 = $ 12,792.00
$ _____ x _____ = $ _____

TOTAL: $ 18,122.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows: _____
☐ Other: _____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 18,122.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,929.00

Signed: Carmen M. Colon
       Debtor

_____
       Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **RG MORTGAGE**    Cr. _____    Cr. _____
\# 1391381    \# _____    \# _____
$ 1,130.04    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FIRST BANK**    Cr. **MUEBLERIA BERRIC**   Cr. _____
\# 100737170246405    \# 509583901    \# _____
$ 8,347.61    $ 2,067.71    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
\# _____    \# _____    \# _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
5. ☐ Other:
6. ☑ Debtor otherwise maintains regular payments directly to:
**RG MORTGAGE**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law, 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
\# _____    \# _____    \# _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
*"Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to FIRST BANK thru the Trustee in the sum $100.00 per month for the next eight months or until confirmation. Debtor(s) to provide auto insurance upon maturity to FIRST BANK thru GT Insurance Group, Inc.
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to MUEBLERIA BERRIOS thru the Trustee in the sum $30.00 per month for the next eight months or until confirmation.
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**        Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

COLON CARRASQUILLO, CARMEN
MILAGROS
SAN RAFAEL
D15 1 STREET
CAGUAS, PR 00725


R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677


COMMOLOCO INC
PO BOX 363769
SAN JUAN, PR 00936-3769


DEPARTAMENTO DE VIVIENDA
LA LLAVE PARA TU HOGAR
PO BOX 363188
SAN JUAN, PR 00936-3188


FIRST BANK
MONEY EXPRESS
PO BOX 19327
SAN JUAN, PR 00910-1427


MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR 00739-0674


NCO PORTFOLIO
SUN COM
PO BOX 15391
WILLMINGTON, DE 19850


PUERTO RICO TELEPHONE
PO BOX 360998
SAN JUAN, PR 00936-0998


RADIO SHACK
PO BOX 8181
GRAY, TN 37615-0181


RG MORTGAGE
280 JESUS T. PINERO AVE
HATO REY, PR 00919