IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CARMEN MILAGROS COLON CARRASQUILLO

XXX-XX-3194

Debtor(s)

CASE NO. 10-07370 ESL

Chapter 13

FILED & ENTERED ON 09/11/2012

## ORDER CONFIRMING AMENDED PLAN

This case is before the Court on debtor's motion under 11 USC § 1329 to confirm the amended plan dated 05/09/2012 (docket entry # 32). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor's motion.

It further appearing that the amended plan addresses the grounds for dismissal on TRUSTEE's motion to dismiss, (docket entry #31) the same is hereby denied. The hearing scheduled for 9/12/2012 at 2:00 PM (docket entry #39).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11 day of September, 2012.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES