IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

CARMEN M. COLON CARRASQUILLO

DEBTOR

\*
\*   CASE NO. 10-07370/ESL
\*
\*   CHAPTER 13
\*

### DEBTOR'S MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM 2012 TAX REFUND

TO THE HONORABLE COURT:

**NOW COMES, CARMEN M. COLON CARRASQUILLO**, debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor's confirmed Plan dated May 9, 2012, provides that debtor's tax refunds will be paid into the Plan. See docket no. 32.

2. The debtor has received her 2012 tax refund in the sum of $554.00. Attached is copy of check dated July 3, 2013 issued by Treasury Department of Puerto Rico.

3. The debtor respectfully submits to the Court that she needs to use these funds to pay for: payment of administrative fines. Attached is copy of car registration issue by the Department of Transportation of Puerto Rico, "DTOP".

4. The debtor needs to use the funds from the 2012 "tax refund' to pay for this reasonable expense. Furthermore, the debtor is living within a very "tight" budget which barely covers her living expenses and a Plan payment of $328.00.

5. Based on the abovestated, the debtor respectfully requests this Court to Order the authorization of the use of these funds to allow the debtor to pay for this expense with her "tax refund".

Page – 2-
Debtor's Motion Requesting Order
Case no. 10-07370/ESL

WHEREFORE, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2012 tax refund by the debtor to pay for the above stated expense.

NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, José R. Carrión, Esq.; I also certify that a copy of this motion was sent via US Mail to Carmen Milagros Colón, San Rafael D15 1 Street, Caguas P.R. 00725.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 17th day of July, 2013.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com



**dtop**
SERVICIOS
www.dtop.gov.pr
6059

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR
PERMISO PARA VEHÍCULOS DE MOTOR O ARRASTRES

**Relación de Multas Administrativas**
La siguiente relación incluye los boletos de multas administrativas que se han expedido contra el dueño del vehículo. Estas multas deberán ser pagadas al momento de renovar esta licencia.

| BOLETO | FECHA | CANTIDAD | MUN. | ORDEN O LEY |
|---|---|---|---|---|
| 2713831 | 22abr2013 | $ 15.00 | 37 | C |
| 2711458 | 12abr2013 | $ 15.00 | 37 | C |
| 7567912 | 29may2012 | $ 100.00 | 14 | E |
| 31545101 | 15abr2012 | $ 15.00 | 14 | L |
| 31544731 | 11abr2012 | $ 75.00 | 14 | L |

2005 TOYOTA ECHO CREMA CLARO
Automovil(Privado) , Auto Privado
Descripción y Clasificación de Vehículo

| 6698389 | 18may2005 | GIL768==== | 3753039 |
|---|---|---|---|
| Registración | Fecha Registro | Tablilla | Título |

| 2005 | TOYT | ECH | CRC | *4 | *4 | *108 |
|---|---|---|---|---|---|---|
| Año | Marca | Modelo | Color | Puertas | Cilin | Cab Fuerza |

JTDBT123750380524                    0                              0
VIN (Número de Serie)       Peso Desc.        Capacidad de Carga

======    FBANK=== 3491005========    $ 11,359.00
Dealer         Venta Condicional       Precio Contributivo

jun 2013 a may 2014          0026852(?)          31 may 2014
Vigencia                     Marbete              Expiración

COLON CARRASQUILLO, CARMEN M
URB SAN RAFAEL
D 15 CALLE 1
CAGUAS, PR 00725

Dueño del Vehículo y Dirección Postal
La Misma

17 JUN. 2013

| Multas | $ 220.00 |
|---|---|
| Derechos Anuales | $ 40.00 |
| ACAA | $ 35.00 |
| Renovación | $ 10.00 |
| Seguro Oblig | $ 99.00 |
| Importe Total | $ 404.00 |

Dirección Residencial, solo si es diferente a Postal

$ 12,944.83              4261630
Precio de Venta          Licencia

Estación de Inspección
1049546

REQUIERE INSPECCION VEH. DE MAS DE DOS AÑOS FABRICADO

20130612-15571700-391-10535-5377-000000000

---

Esta es tu nueva y conveniente NOTIFICACIÓN

Podrá utilizar esta notificación de la misma manera que la tradicional forma impresa.

Ahora podrás adquirir tu marbete en:
- Institución Financiera (Banco o Cooperativas) participantes
- Colecturías
- Estaciones Oficiales de Inspección Participantes

Recuerde presentar ambos documentos
ORIGINAL-DUEÑO / COPIA-PUNTO DE VENTA

**INSTRUCCIONES AL CONTRIBUYENTE**

1. Notifique cambios residencia y postal dentro de sesenta (60) días siguiente al cambio.
2. Conserve el original del recibo de pago de boleto de multas, es su mejor evidencia de pago.
3. Devuelva la tablilla, licencia y título, si aplica, al Departamento cuando se haya dispuesto del vehículo como chatarra o abandonado por inservible, según requerido en el artículo 2.13 de la Ley 22. Evite que otras personas puedan hacer uso ilegal de las mismas.
4. Vehículo uso comercial con más de 10,000 libras, que transporte materiales y sustancias peligrosas o más de 10 personas deberán cumplir con los requisitos de la Comisión de Servicios Públicos.
5. Radique en el Centro de Servicios al Conductor (CESCO) el traspaso de su vehículo dentro de los diez (10) días de formalizado (endosado o notariado) y presentará un Sello de Rentas Internas por el valor de diez (10) dólares. [Artículo 3.34 (e)]
6. Pasado diez (10) días y hasta 30 días de formalizado, pagará diez (10) dólares en Sellos de Rentas Internas, más diez (10) dólares por traspaso tardío. [Artículo 2.34] Después de los treinta (30) días pagará diez (10) dólares en Sellos de Rentas Internas, más diez (10) dólares de traspaso tardío, más cinco (5) dólares por cada mes o fracción de mes que dejare de realizarlo.
7. La Ley 116 del 30 de junio de 2006 permite sólo el marbete vigente en el cristal del vehículo. Multa $50.00.

---

**TRASPASO DE VEHICULO**
Los traspasos de los vehículos registrados a partir del 7 de enero de 2001 deberán ser notarizados en el título solamente.

USE LETRA DE MOLDE

NOMBRE DEL VENDEDOR

NOMBRE DEL COMPRADOR

NÚMERO DE SEGURO SOCIAL          NÚMERO DE LICENCIA

Residencial:
Urbanización, Condominio o Barrio
Número de Casa    Calle    Apartamento
Municipio    Zip Code

Postal:
Urbanización, Condominio o Barrio
Número de Casa    Calle    Apartamento
Municipio    Zip Code

AFIDAVIT NÚMERO:
Comparece _____

FIRMA DEL VENDEDOR (MARCA) O TESTIGO

FIRMA DEL COMPRADOR (MARCA) O TESTIGO

TABLILLA ASIGNADA: _____    MILLAJE ACTUAL: _____

SUSCRITO Y JURADO ANTE MI POR LOS COMPARECIENTES A QUIENES DOY FE CONOCER

Fecha: _____    Lugar: _____

ABOGADO NOTARIO         COLECTOR DE RENTAS INTERNAS O FUNCIONARIO AUTORIZADO DEL DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

NO ESCRIBIR EN ESTE LADO