UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN Re:<br><br>CARMEN MILAGROS COLON CARRASQUILLO<br><br>XXX-XX-3194<br><br>DEBTOR (S) | Case No. 10-07370-ESL<br><br>CHAPTER 13 |

**TRUSTEE'S POSITION AS TO DEBTOR'S REQUEST
TO RETAIN 2012 TAX REFUND**

**TO THE HONORABLE COURT:**

**NOW COMES** José R. Carrión, Chapter 13 Trustee through the undersigned attorney, and very respectfully alleges and informs:

1. Debtors are requesting to retain their 2012 tax refund of $554.00 to cover some unexpected expenses. Docket #55.

2. After reviewing debtor's income and expenses listed in the schedules, the Trustee has no opposition that the debtor retains the tax refund received for year 2012, but subsequent tax refunds should be devoted to the plan to maximize the repayment to creditors.

WHEREFORE, the Trustee respectfully requests this Honorable Court that it takes note of the above, and for such other and further relief as provided by law.

Case:10-07370-ESL13 Doc#:56 Filed:08/07/13 Entered:08/07/13 08:18:58 Desc: Main
Document Page 2 of 3

TRUSTEE'S POSITION DEBTOR'S REQUEST TO RETAIN TAX REFUND          Page #2
----------------------------------------------------------------------

CERTIFICATE OF SERVICE: The Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this, August 07, 2013.

/s/ Jose R. Carrion
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR  00919-3677 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | CARMEN MILAGROS COLON CARRASQUILLO<br>SAN RAFAEL<br>D15 CALLE 1<br>CAGUAS, PR  00725 |
| BANCO BILBAO VIZCAYA<br>CER DIVISION LEGAL AUTOS<br>PO BOX 364745<br>SAN JUAN, PR  00936-4745 | EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR  00902 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR  00919-3677 | RG MORTGAGE AS SERV SCOTIABANK<br>C/O CARDONA JIMENEZ LAW OFFICES<br>PO BOX 9023593<br>SAN JUAN, PR  00902-3593 |
| FIRST BANK PUERT RICO<br>PRESTAMOS DE AUTO<br>PO BOX 9146<br>SANTURCE, PR  00908-0146 | CARMEN MILAGROS COLON CARRASQUILLO<br>SAN RAFAEL<br>D15 CALLE 1<br>CAGUAS, PR  00725 |
| BANCO BILBAO VIZCAYA ARGENTARIA<br>C/O ANGEL M VAZQUEZ BAUZA ESQ<br>ENRIQUE NASSAR-RIZEK & ASSOC<br>PO BOX 191017<br>SAN JUAN, PR  00919-1017 | ,   00000 |
| COMMOLOCO INC<br>47 CALLE GAUTIER BENITEZ<br>STE 1D<br>CAGUAS, PR  00725-0089 | DEPARTAMENTO DE VIVIENDA<br>LA LLAVE PARA TU HOGAR<br>PO BOX 363188<br>SAN JUAN, PR  00936-3188 |
| PUERTO RICO TELEPHONE<br>PO BOX 360998<br>SAN JUAN, PR  00936-0998 | NCO PORTFOLIO<br>SUN COM<br>PO BOX 15391<br>WILLMINGTON, DE  19850 |
| RADIO SHACK<br>PO BOX 8181<br>GRAY, TN  37615-0181 | |
| EMPRESAS BERRIOS FINANCIERA<br>PO BOX 674<br>CIDRA, PR  00739-0674 | |