IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CARMEN MILAGROS COLON
CARRASQUILLO

XXX-XX-3194

Debtor(s)

CASE NO. 10-07370 ESL

Chapter 13

**FILED & ENTERED ON 08/16/2013**

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following: "Motion requesting authorization to retain 2012 tax refund", filed by debtor, docket #55.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16 day of August, 2013.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES
debtor